United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 7, 2003**

Charles R. Fulbruge III
Clerk

In the
# United States Court of Appeals
## for the Fifth Circuit

---

m 02-20166

---

BP OIL INTERNATIONAL, LTD.,
AND
BP EXPLORATION & OIL, INC.,

Plaintiffs-Appellants,

VERSUS

EMPRESA ESTATAL PETROLEOS DE ECUADOR (PETROECUADOR), ET AL.,

Defendants,

EMPRESA ESTATAL PETROLEOS DE ECUADOR (PETROECUADOR)
AND
SAYBOLT, INC.,

Defendants-Appellees.

---

Appeals from the United States District Court
for the Southern District of Texas

---

ON PETITION FOR REHEARING

(Opinion June 11, 2003, 5th Cir. 2003, \_\_\_\_
  F.3d \_\_\_\_\_)

Before SMITH and BARKSDALE, Circuit
   Judges, and FITZWATER,[*] District Judge.

PER CURIAM:

IT IS ORDERED that the petition for rehearing is DENIED. The first sentence of the last paragraph of part III is amended to read as follows: "Therefore, there is a fact issue as to whether BP provided defective gasoline by failing to add sufficient gum inhibitor."

---

[*] District Judge of the Northern District of Texas, sitting by designation.